**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RALPH JUDSON YEARY, | § | |
| (TDCJ-CID #392450) | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-12-2159 |
| | § | |
| RISSIE OWENS, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Ralph Judson Yeary, a former inmate of the Texas Department of Criminal Justice - Correctional Institutions Division ("TDCJ-CID"), sued in July 2012, alleging a denial of due process.  On September 10, 2012, this court dismissed the complaint because it lacked an arguable basis in law.  The claims were dismissed with prejudice under 28 U.S.C. § 1915A(b)(1).  (Docket Entry No. 12).

On September 14, 2012, Yeary filed a motion to amend.  He complained of the imposition of sex offender registration conditions, that he was only given $100.00 instead of $200.00 when he was released in 1996, and that his parole records contained inaccurate information about the length of his sentences.  When he filed this motion, he was apparently unaware of the dismissal of his action.  Yeary's motion to amend, (Docket Entry No. 14), is denied as moot.

SIGNED on April 11, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge